# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>David Evan Smither<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:23-mj-00338<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 12/6/2023<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section*                                *Offense Description*

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,

18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds),

40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in a Capitol Building or Grounds),

40 U.S.C. § 5104(e)(2)(G) - (Parading, Demonstrating, or Picketing in a Capitol Building).

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complaintant's signature*

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 12/06/2023

*Judge's signature*

City and state:   Washington, D.C.                 Honorable G. Michael Harvey,
                                                  *United States Magistrate Judge*